UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
:
IN RE: EPHEDRA PRODUCTS          :         04 M.D. 1598 (JSR)
LIABILITY LITIGATION             :
                                 :         Honorable Jed S. Rakoff
                                 :
-----------------------------------------------------------x

PERTAINS TO:
*Conrad Pawlowski v. Costco Wholesale Corp.*
1:06-cv-01365

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate and agree to dismiss with prejudice certain claims in the above-captioned lawsuit pursuant to Rule 41(a)(1)(ii), as follows:

IT IS THEREFORE STIPULATED that any and all claims asserted and/or assertable by
Plaintiff Conrad Pawlowski against Costco Wholesale Corp. in the
above-captioned lawsuit shall be DISMISSED WITH PREJUDICE.
IT IS FURTHER STIPULATED that each party shall bear its own costs and fees.

SO ORDERED.
Signed this ___ day of _____, 2008

_____
UNITED STATES DISTRICT COURT
Honorable Jed S. Rakoff


AGREED TO:

_____
Kurt D. Hyzy
The Law Group, Ltd.
Three First National Plaza, 50th Floor
Chicago, IL 60602
Attorney for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-6-08